IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00412-LTB

SOLOMON BOWENS,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 29, 2013, it is hereby

    ORDERED that Judgment is entered in favor of the unnamed Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of March, 2013.

                                FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/ S. Grimm
                                        Deputy Clerk